IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Antoine Group, LLC, et al. | § | |
|     *Plaintiffs* | § | |
| v. | § | Case No.: 4:23-cv-02524 |
| | § | |
| Opulent Digital Specialists, LLC, et al., | § | |
|     *Defendants.* | § | |

### **PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT**

Plaintiffs Antoine Group, LLC and Behzad Nazari, DDS file this Certificate of Interested Parties and Disclosure Statement.

1. The following persons are interested in the outcome of this litigation:

   Plaintiff Antoine Group, LLC

   Plaintiff Behzad Nazari, DDS

   Defendant Opulent Digital Specialists, LLC

   Amann Girrbach North America, LP

2. The following identifies any parent corporation and any publicly held corporation owning 10% or more of Plaintiffs' stock:

   None.

3. The following are the names and citizenship of every individual or entity whose citizenship is attributed to Plaintiffs:

   Plaintiff Antoine Group, LLC is a Texas LLC whose sole member and 100% owner is Behzad Nazari, DDS.

   Plaintiff Behzad Nazari, DDS is an individual and resident of Texas.

Respectfully submitted,

/s/ C. Anderson Parker
C. Anderson Parker
Texas State Bar No. 24081467
andy@parkersanchez.com
Charles R. Parker
charlie@parkersanchez.com
Cooke Kelsey
Texas State Bar No. 24081467
cooke@parkersanchez.com
Parker & Sanchez PLLC
700 Louisiana St, Ste 2700
Houston, TX 77002
(713) 659-7200 (Telephone)
(713) 659-7203 (Facsimile)

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been forwarded to the following known counsel of record via electronic service, on August 10, 2023:

/s/ C. Anderson Parker_____
C. Anderson Parker