IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTOINE GROUP LLC d/b/a <br> ANTOINE DENTAL CENTER LLC and <br> BEHZAD NAZARI, DDS <br><br> v. <br><br> OPULENT DIGITAL SPECIALISTS, LLC | § § § § § § § § | Civil Action No. 4:23-cv-02524 |

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AMANN GIRRBACH NORTH AMERICA, LP

Pursuant to an agreement between the parties, the Court ORDERS that Plaintiffs' claims against Defendant **Amann Girrbach North America, LP** are in all things DISMISSED WITHOUT PREJUDICE.

SIGNED on _____, 2023.

_____
JUDGE PRESIDING

**AGREED**:

| | |
|---|---|
| /s/ Charles R. Parker | /s/ Johnathan Mondel |
| Charles R. Parker, *Counsel for Plaintiffs* | Johnathan Mondel, *Counsel for Defendant Amann Girrbach North America, LP* |

Respectfully submitted,

**/s/ Charles R. Parker**

Charles R. Parker
Charlie@parkersanchez.com
Federal Bar # 2314
C. Anderson Parker
Andy@parkersanchez.com
Federal Bar # 567726
Cooke Kelsey
Cooke@parkersanchez.com
Federal Bar # 2896155
Parker & Sanchez PLLC
700 Louisiana St., Suite 700
Houston, TX 77002
(713) 659-7200 (P)

Wayman L. Prince
Wayman@wlplaw.com
Federal Bar # 7315
Law Offices of Wayman L. Prince
9111 Katy Freeway, Suite 301
Houston, TX 77024
(713) 467-1659