UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTOINE GROUP DBA ANTOINE DENTAL CENTER, LLC AND BEHZAD NAZARI, DDS § § § § *Plaintiffs,* § § v. § § OPULENT DIGITAL SPECIALISTS LLC AND AMANN GIRRBACH NORTH AMERICA, LP § § § § § *Defendants.* § | CIVIL ACTION NO. 4:23-cv-2524 |

**DEFENDANT OPULENT DIGITAL SPECIALISTS LLC'S CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Opulent Digital Specialists LLC files this Certificate of Interested Parties and Disclosure Statement.

The following persons are interested in the outcome of this litigation:

- Plaintiff Antoine Group LLC

- Plaintiff Behzad Nazari

- Defendant Opulent Digital Specialists, LLC

- Jose Jesse Zamarripa

- Holly Bernt

- Defendant Amann Girrbach North America, LP

Opulent Digital Specialists LLC is a California limited liability company whose members include Jose Jesse Zamarripa and Holly Brent, who both live in California. Opulent Digital Specialists LLC is not a publicly traded company. No publicly held corporation owns ten percent or more interest in Opulent Digital Specialists LLC

        Respectfully submitted,

        EaDo Law, PLLC

By: <u>/s/ J. Reese Campbell</u>
      J. Reese Campbell
      Southern District Bar No. 2254986
      Texas Bar No. 24045020
      Email:  reese@eadolaw.com
      3401 Harrisburg Blvd, Suite H2
      Houston, TX 77003
      Tel. (713) 766-8998
      Fax. (713) 347-1880
      Attorney for Defendant
      Opulent Digital Specialists LLC

## **CERTIFICATE OF SERVICE**

I certify that on September 1, 2023, a true and correct copy of this instrument was served on all counsels of record via electronic service.

        <u>/s/ J. Reese Campbell</u>
        J. Reese Campbell