United States District Court
Southern District of Texas
**ENTERED**
September 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTOINE GROUP, LLC, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § § | CIVIL ACTION NO. 4:23-CV-02524 |
| OPULENT DIGITAL SPECIALISTS, LLC, *et al.*, | | |
| Defendants. | | |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AMANN GIRRBACH NORTH AMERICA, LP

Pursuant to an agreement between the parties, the Court ORDERS that the plaintiffs' claims against defendant **Amann Girrbach North America, LP** are in all things DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

SIGNED on September 7, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge