IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTOINE GROUP LLC d/b/a  <br>ANTOINE DENTAL CENTER LLC and  <br>BEHZAD NAZARI, DDS | § <br> § <br> § <br> § | |
| v. | § <br> § | Civil Action No. 4:23-cv-02524 |
| OPULENT DIGITAL SPECIALISTS, LLC | § | |

### ORDER GRANTING
### PLAINTIFFS' 12(b)(6) MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

Plaintiffs' 12(b)(6) Motion to Dismiss Defendant's Counterclaims brought pursuant to FRCP 12(b)(6) is in all things GRANTED.

The counterclaims against Plaintiffs for "Breach of Contract (Anticipatory Breach)" and "Breach of Contract (Failure to Give Notice)" in <u>Defendant Opulent Digital Specialist LLC's First Amended Answer to Plaintiffs' First Amended Complaint and First Amended Counterclaim</u> (Doc. 21) filed on 10/16/2023 are in all things DISMISSED.

SIGNED on _____, 2023.

_____
JUDGE PRESIDING