UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTOINE GROUP DBA ANTOINE DENTAL CENTER, LLC AND BEHZAD NAZARI, DDS §§§§<br><br>*Plaintiffs,* §§<br><br>v. §<br><br>OPULENT DIGITAL SPECIALISTS LLC AND AMANN GIRRBACH NORTH AMERICA, LP §§§§§<br><br>*Defendants.* §§ | CIVIL ACTION NO. 4:23-cv-2524 |

## ORDER DENYING
## PLAINTIFFS' 12(b)(6) MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS

Plaintiffs' 12(b)(6) Motion to Dismiss Defendant's Counterclaims brought pursuant to FRCP 12(b)(6) is in all things DENIED.


SIGNED on _____, 2023.


_____
JUDGE PRESIDING