# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Antoine Group, LLC, et al. | § | |
|    *Plaintiffs* | § | |
| v. | § | Case No.: 4:23-cv-02524 |
| | § | |
| Opulent Digital Specialists, LLC, et al., | § | |
|    *Defendants.* | § | |

## REQUEST FOR JUDGMENT

TO THE CLERK OF THE COURT:

Plaintiffs respectfully request that the Clerk of this Court enter final judgment based on the attached Exhibit A—Offer of Judgment, Exhibit B—Notice of Acceptance of Offer of Judgment, and Exhibit C—Proof of Service, pursuant to Rule 68, Federal Rules of Civil Procedure.[1]

/s/ Charles R. Parker
Charles R. Parker
Federal Bar # 2314
charlie@parkersanchez.com
Parker & Sanchez PLLC
700 Louisiana St, Ste 2700
Houston, TX 77002
(713) 659-7200 (Telephone)
(713) 659-7203 (Facsimile)
ATTORNEY FOR PLAINTIFFS

---

[1] Fed. R. Civ. P. 68 (providing that "either party may file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment."). *See Ramming v. Nat. Gas Pipeline Co.*, 390 F.3d 366, 371 (5th Cir. 2004) ("Pursuant to the plain language of Rule 68 . . . the clerk shall enter judgment.") (emphasis in original).