UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTOINE GROUP DBA ANTOINE DENTAL CENTER, LLC AND BEHZAD NAZARI, DDS | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § | CIVIL ACTION NO. 4:23-cv-2524 |
| | § | |
| OPULENT DIGITAL SPECIALISTS LLC AND AMANN GIRRBACH NORTH AMERICA, LP | § § § § | |
| *Defendants.* | § § | |

## DEFENDANT OPULENT DIGITAL SPECIALISTS LLC'S
## <u>OFFER OF JUDGMENT</u>

To:   Antoino Group DBA Antoine Dental Center, LLC and Behzad Nazari, DDS, by and through Plaintiffs' attorney of record, Charles P. Parker.

Defendant Opulent Digital Specialists LLC, pursuant to Fed. R. Civ. P. 68, offers to allow judgment to be entered against it for Plaintiffs in the amount of $130,643.40, in full and final resolution of all claims that Plaintiffs have brought or could have brought against Defendant and all claims that Defendant brought or could have brought against Plaintiffs. This sum includes all attorney's fees and costs accrued to the date of this offer. This offer is limited to the amount set forth above and is not subject to the accrual of interest.

This offer of judgment is made for the purposes of Rule 68 only, and neither it nor any judgment that may result from this offer may be construed either as an admission of liability on the part of Defendant or that Plaintiffs have suffered any damage.

This offer must be accepted, if at all, within fourteen (14) days after service of this Offer of Judgment. If this offer is not accepted within such time, it shall be deemed withdrawn.

Dated: February 12, 2024

<u>/s/ J. Reese Campbell</u>
J. Reese Campbell
EaDo Law, PLLC
Southern District Bar No. 2254986
Texas Bar No. 24045020
Email:  reese@eadolaw.com
3401 Harrisburg Blvd, Suite H2
Houston, TX 77003
Tel. (713) 766-8998 / Fax. (713) 347-1880
**ATTORNEY FOR DEFENDANT**
**OPULENT DIGITAL SPECIALISTS LLC**

EXHIBIT A