IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Antoine Group, LLC, et al. | § | |
|    *Plaintiffs* | § | |
| v. | § | Case No.: 4:23-cv-02524 |
| | § | |
| Opulent Digital Specialists, LLC, et al., | § | |
|    *Defendants.* | § | |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Please take notice that the Plaintiffs, Antoine Group, LLC and Behzad Nazari, DDS, have accepted the Offer of Judgment served by Defendant on February 12th, 2024, filed herewith as Exhibit A, allowing Plaintiffs to take judgment in this action against the Defendant, Opulent Digital Specialists, LLC, in the amount of $130,643.40.

/s/ Charles R. Parker
Charles R. Parker
Federal Bar # 2314
charlie@parkersanchez.com
Parker & Sanchez PLLC
700 Louisiana St, Ste 2700
Houston, TX 77002
(713) 659-7200 (Telephone)
(713) 659-7203 (Facsimile)
ATTORNEY FOR PLAINTIFFS

EXHIBIT B