IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Antoine Group, LLC, et al. | § | |
|     *Plaintiffs* | § | |
| v. | § | Case No.: 4:23-cv-02524 |
| | § | |
| Opulent Digital Specialists, LLC, et al., | § | |
|     *Defendants.* | § | |

## PROOF OF SERVICE

1. "I certify that I am an attorney for the Plaintiffs, Antoine Group, LLC and Behzad Nazari, DDS in the above-captioned action.

2. "I certify that on February 12th, 2024, the Defendant in this action served upon me the Offer of Judgment filed herewith as Exhibit A.

3. "I further certify that on February 15th, 2024, the Plaintiffs accepted the same and served the Notice of Acceptance of Offer of Judgment filed herewith as Exhibit B.

4. "I declare under penalty of perjury that the foregoing is true and correct." Executed on February 15th, 2024, in Houston, Texas.

                                                    /s/ Charles R. Parker
                                                    Charles R. Parker
                                                    Federal Bar # 2314
                                                    charlie@parkersanchez.com
                                                    Parker & Sanchez PLLC
                                                    700 Louisiana St, Ste 2700
                                                    Houston, TX 77002
                                                    (713) 659-7200 (Telephone)
                                                    (713) 659-7203 (Facsimile)
                                                    ATTORNEY FOR PLAINTIFFS

EXHIBIT C