# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Antoine Group, LLC, et al. | § | |
| *Plaintiffs* | § | |
| v. | § | Case No.: 4:23-cv-02524 |
| | § | |
| Opulent Digital Specialists, LLC, et al., | § | |
| *Defendants.* | § | |

## JUDGMENT

On February 15th, 2024, Antoine Group, LLC and Behzad Nazari, DDS filed an Offer of Judgment, a Notice of Acceptance of Offer of Judgment, and a Proof of Service.

**IT IS ADJUDGED** that Antoine Group, LLC and Behzad Nazari, DDS have judgment against Opulent Digital Services, LLC in the sum of $130,643.40.

Dated: _____

_____, CLERK
United States District Court
Southern District of Texas


By: _____
Deputy Clerk