United States District Court
Southern District of Texas
**ENTERED**
February 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTOINE GROUP, LLC, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § | CIVIL ACTION NO. 4:23-CV-02524 |
| OPULENT DIGITAL SPECIALISTS, LLC, | § § § § § | |
| Defendant. | | |

### FINAL JUDGMENT

On February 15th, 2024, Antoine Group, LLC and Behzad Nazari, DDS filed an Offer of Judgment, a Notice of Acceptance of Offer of Judgment, and a Proof of Service (Dkt. No. 24).

**IT IS ADJUDGED** that Antoine Group, LLC and Behzad Nazari, DDS have judgment against Opulent Digital Services, LLC in the sum of $130,643.40.

This is a Final Judgment.

SIGNED on February 15, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge