UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 21 2024

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| ANTOINE GROUP, LLC, et al., § § § Plaintiffs, § § VS. § CIVIL ACTION NO. 4:23-CV-0524 § OPULENT DIGITAL SPECIALISTS, LLC, § § Defendant. § § | |

**Motion to Reopen Case**

Antoine Group, LLC and Behzad Nazari, DDS did not consent to the Offer of Judgment presented in the aforementioned case. It is imperative to note that Attorney Charles Parker lacked the proper authorization or consent from Behzad Nazari to accept and file the Offer of Judgment on their behalf. As a result, I kindly request the reopening of the case. I am actively seeking alternative legal representation to address and navigate this matter appropriately

Respectfully,

Dated: 2-21-2024

Behzad Nazari
(281)782-9846
behzadnazari63@gmail.com