UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTOINE GROUP DBA ANTOINE DENTAL CENTER, LLC AND BEHZAD NAZARI, DDS | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-2524 |
| OPULENT DIGITAL SPECIALISTS LLC AND AMANN GIRRBACH NORTH AMERICA, LP | § § § § § | |
| *Defendants.* | § § | |

**ORDER DENYING
<u>PLAINTIFF'S MOTION TO REOPEN</u>**

Plaintiff's Motion to Reopen is in all things DENIED.

SIGNED on _____, 2024.

_____
JUDGE PRESIDING