# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Antoine Group,LLC, et al.

v.                                                                                  Case Number: 4:23−cv−02524

Opulent Digital Specialists, LLC, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 4/4/2024 at 10:00 AM before Judge Kenneth M Hoyt.

**PLACE**
Courtroom 11A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: March 27, 2024

                                                                    Nathan Ochsner, Clerk, Clerk
                                                                    s/ 4 CynthiaHorace, Deputy Clerk