IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Antoine Group, LLC, et al. | § | |
|     *Plaintiffs* | § | |
| | § | |
| v. | § | Case No.: 4:23-cv-02524 |
| | § | |
| Opulent Digital Specialists, LLC, et al. | § | |
| | § | |
|     *Defendants.* | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jason Ray, providing this Notice of Appearance as additional counsel for Plaintiffs.

`

Respectfully submitted,

_____
Jason Ray
RIGGS & RAY, P.C.
3307 Northland Drive, Suite 215
Austin, TX  78731
512 457-9806
512 457-9066
jray@r-alaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded to the following known counsel of record via electronic service, on April 3, 2023:

_____
Jason Ray