IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Antoine Group, LLC, et al.<br>*Plaintiffs* | §<br>§<br>§ | |
| v. | § | Case No.: 4:23-cv-02524 |
| | § | |
| Opulent Digital Specialists,<br>LLC, et al.<br>*Defendants.* | §<br>§<br>§<br>§ | |

## JOINT MOTION TO PASS HEARING

Plaintiff and Defendant request the Court continue the April 4, 2024 10:00 a.m. hearing on Plaintiffs' Motion to Reopen Case for 14 days.

1. On February 15, 2024 Plaintiffs filed a Request for Judgment. Doc. 24. The Court entered a Final Judgment the same day. Doc. 25.

2. On February 21, 2024 Plaintiffs filed a Motion to Reopen Case ("Plaintiffs' Motion"). Doc. 26. The parties subsequently engaged in additional settlement discussions with the intent of avoiding the need for the Court to entertain Plaintiffs' Motion. On March 26, 2024 the parties reached a general agreement to settle the matter in exchange for Plaintiffs' agreement to withdraw Plaintiffs' Motion. Defendants' counsel started drafting the documents necessary to effectuate the settlement agreement.

3. On March 27, 2024 this Court set a hearing on Plaintiffs' Motion to Reopen Case. Doc. 28. The hearing is set for tomorrow, April 4, 2024 at 10:00 a.m.

4. On or about March 28, 2024, the parties circulated a settlement agreement that was satisfactory, but for one material term. Conversations between the undersigned Plaintiffs' counsel and counsel for Defendant Opulent on April 2 and 3 have confirmed that the single remaining material term—a payment schedule—is the only remaining issue to resolve. The parties continue

to negotiate on that term. The undersigned counsel believes the probability of reaching agreement on that remaining issue is high. If agreement is reached, there will be no need for a hearing on Plaintiffs' Motion, and per the parties' agreement, Plaintiffs will withdraw Plaintiffs' Motion.

5. Conversations between the undersigned Plaintiffs' counsel and counsel for Opulent on April 3, 2024 resulted in an agreement to request this Court pass tomorrow's hearing on Plaintiffs' Motion so that the remaining issue can be resolved.

6. The undersigned counsel was retained today by Plaintiffs. Undersigned counsel requests a short period of time to familiarize himself with the facts and circumstances regarding the pending Plaintiffs' Motion.

7. For the reasons stated above, the parties request the Court pass the currently set April 4, 2024 10:00 a.m. hearing on Plaintiffs' Motion, and reset the hearing on Plaintiffs' Motion to a date at least 14 days from today.

8. Attorneys for all parties agree to this Joint Motion to Pass Hearing. This request is not merely for delay, but so that justice may be done.

## CONCLUSION

9. For these reasons, the parties ask the Court to continue the hearing on Plaintiffs' Motion for at least 14 days, until April 17, 2024.

                        Respectfully submitted,

`
                        Jason Ray
                        Southern District Bar No. 1101862
                        Texas Bar No. 24000511
                        RIGGS & RAY, P.C.
                        3307 Northland Drive, Suite 215
                        Austin, TX  78731
                        512 457-9806

512 457-9066
jray@r-alaw.com
ATTORNEY FOR PLAINTIFFS
ANTOINE GROUP LLC DBA ANTOINE DENTAL CENTER, LLC AND BEHZAD NAZARI, DDS

/s/ by Jason Ray, with permission
J. Reese Campbell
EaDo Law, PLLC
Southern District Bar No. 2254986
Texas Bar No. 24045020
Email: reese@eadolaw.com
3401 Harrisburg Blvd, Suite H2
Houston, TX 77003
Tel. (713) 766-8998 / Fax. (713) 347-1880
ATTORNEY FOR DEFENDANT
OPULENT DIGITAL SPECIALISTS LLC

## CERTIFICATE OF CONFERENCE

I certify that on April 3, 2024 I conferred by phone with counsel for defendant Opulent Digital Specialists, LLC, and he agreed to this Joint Motion.

_____
Jason Ray

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded to all counsel of record via electronic service, on April 3, 2023.

_____
Jason Ray