IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Antoine Group, LLC, et al. | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | Case No.: 4:23-cv-02524 |
| | § | |
| Opulent Digital Specialists, LLC, et al. | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ON JOINT MOTION TO PASS APRIL 4, 2024 HEARING

Before the Court is Plaintiffs' Joint Motion to Pass the April 4, 2024 10:00 a.m. hearing on Plaintiffs' Motion to Reopen Case. After considering the motion the Court hereby GRANTS the Joint Motion and passes the April 4, 2024 hearing in this matter.

The hearing on Plaintiffs' Motion to Reopen Case will be reset by this court at a later date.

SIGNED on _____, 2024.

_____
KENNETH M. HOYT
UNITES STATES DISTRICT JUDGE