United States District Court
Southern District of Texas
**ENTERED**
April 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTOINE GROUP, LLC, *et al.*, § § | |
| Plaintiffs, § § | |
| VS. § § | CIVIL ACTION NO. 4:23-CV-02524 |
| OPULENT DIGITAL SPECIALISTS, LLC, § § | |
| Defendant. § § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON April 4, 2024 at 10:00 AM**

Appearances:     Behzad Nazari
                 Jason Ray
                 Charles R. Parker
                 James Reese Campbell
                 (Court Reporter: M. Malone)

The following rulings were made:

Pursuant to phone conference conducted this day, the plaintiffs announce that the matter is settled in its entirety. Therefore, the joint motion to pass the hearing [DE 31], the motion to reopen the case [DE 26] and Charles R. Parker's motion to withdraw are rendered moot. *See* [Separate Orders].

It is so ORDERED.

SIGNED on April 4, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge