United States District Court
Southern District of Texas
**ENTERED**
April 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTOINE GROUP, LLC, *et al.*, § § Plaintiffs, § § VS. § OPULENT DIGITAL SPECIALISTS, LLC, § § Defendant. § § | CIVIL ACTION NO. 4:23-CV-02524 |

### **ORDER**

The plaintiff's motion to reopen the case is in all things DENIED as moot.

It is so ORDERED.

SIGNED on April 4, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge