United States District Court
Southern District of Texas
**ENTERED**
April 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTOINE GROUP, LLC, *et al.*, § § Plaintiffs, § § VS. § OPULENT DIGITAL SPECIALISTS, LLC, § § Defendant. § § | CIVIL ACTION NO. 4:23-CV-02524 |

## ORDER

On this day the Court considered the plaintiffs,' Antoine Group, LLC and Behzad Nazari, DDS's motion to withdraw and motion to seal in the above-entitled and numbered cause (Dkt. No. 29).

It is ORDERED that the motion to seal be granted, and the motion to withdraw is rendered moot.

It is so ORDERED.

SIGNED on April 4, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1