United States District Court
Southern District of Texas
**ENTERED**
April 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTOINE GROUP, LLC, *et al.*, § § Plaintiffs, § § VS. § OPULENT DIGITAL SPECIALISTS, LLC, § § Defendant. § § | CIVIL ACTION NO. 4:23-CV-02524 |

### ORDER ON JOINT MOTION TO PASS APRIL 4, 2024 HEARING

Before the Court is the plaintiffs' joint motion to pass the April 4, 2024 10:00 a.m. hearing on the plaintiffs' Motion to Reopen Case (Dkt. No. 31). After considering the motion the Court determines that the motion to pass is moot.

It is so ORDERED.

SIGNED on April 4, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge