Case 4:23-cv-02524   Document 38   Filed on 04/29/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTOINE GROUP, LLC, *et al.*, § § Plaintiffs, § § VS. § OPULENT DIGITAL SPECIALISTS, LLC, § § Defendant. § § | CIVIL ACTION NO. 4:23-CV-02524 |

## **FINAL JUDGMENT**

On February 15th, 2024, Antoine Group, LLC and Behzad Nazari, DDS filed an Offer of Judgment, a Notice of Acceptance of Offer of Judgment, and a Proof of Service.

**IT IS ADJUDGED** that Antoine Group, LLC and Behzad Nazari, DDS have judgment against Opulent Digital Specialists, LLC in the sum of $130,643.40.

This is s Final Judgment.

SIGNED on April 29, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge