**Paul Browder**

---

| | |
|---|---|
| **From:** | Paul Browder |
| **Sent:** | Monday, July 8, 2024 1:57 PM |
| **To:** | 'Reese Campbell' |
| **Subject:** | RE: Case No.: 4:23-cv-02524 |

Yes, please get those to me as soon as possible.   When is your client available for a deposition?

Paul K. Browder
**Blazier, Christensen, Browder & Virr, P.C.**
901 S. Mopac, Building V, Suite 200
Austin, Texas 78746
512-476-2622
512-476-8685 (fax)

---

**From:** Reese Campbell <reese@eadolaw.com>
**Sent:** Tuesday, July 2, 2024 1:40 PM
**To:** Paul Browder <pbrowder@blazierlaw.com>
**Subject:** RE: Case No.: 4:23-cv-02524

Paul,

I did not receive an email or other communication from you last week, but my client informed me last week that they have documents to provide me.  I will follow up with them.

Reese

**J. Reese Campbell**
EaDo Law, PLLC

**Main:** 713-766-8998
**Direct:** 713-804-2996
**Fax:** 713-347-1880
**Email:** reese@EaDoLaw.com
**Office:** 3401 Harrisburg Blvd, Suite H2, Houston, Texas 77003-2438
**Web:** www.EaDoLaw.com

This message is intended only for the use of the individual to whom it is addressed and contains information that is privileged, confidential, and exempt from disclosure under applicable law. Suppose you are not the intended recipient, employee, or agent responsible for delivering this message to the intended recipient. In that case, you are now noticed that any unauthorized disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone and return the original message to me at the above address or email address.  Thank you.

**From:** Paul Browder <pbrowder@blazierlaw.com>
**Sent:** Sunday, June 30, 2024 4:49 PM

1

**To:** Reese Campbell <reese@eadolaw.com>
**Subject:** RE: Case No.: 4:23-cv-02524

---

**CAUTION:** This email originated from outside of EaDo Law.

---

Reese:

I have called several times, leaving messages and emailed last week. Where are we on getting the documents and discovery responses from your client?

Paul K. Browder
**Blazier, Christensen, Browder & Virr, P.C.**
901 S. Mopac, Building V, Suite 200
Austin, Texas 78746
512-476-2622
512-476-8685 (fax)

---

**From:** Reese Campbell <reese@eadolaw.com>
**Sent:** Thursday, June 13, 2024 10:25 AM
**To:** Breanna Delagarza <bdelagarza@blazierlaw.com>
**Cc:** Paul Browder <pbrowder@blazierlaw.com>
**Subject:** Re: Case No.: 4:23-cv-02524

Paul,

Have you had an opportunity to consider granting my request for an extension on the discovery responses?

Reese


**J. Reese Campbell**

EaDo Law, PLLC


**Main:** 713-766-8998

**Direct:** 713-804-2996

**Fax:** 713-347-1880

**Email:** reese@EaDoLaw.com

**Office:** 3401 Harrisburg Blvd, Suite H2, Houston, Texas 77003-2438

**Web:** www.EaDoLaw.com

2

This message is intended only for the use of the individual to whom it is addressed and contains information that is privileged, confidential, and exempt from disclosure under applicable law. Suppose you are not the intended recipient, employee, or agent responsible for delivering this message to the intended recipient. In that case, you are now noticed that any unauthorized disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone and return the original message to me at the above address or email address.  Thank you.

---

**From:** Reese Campbell <reese@eadolaw.com>
**Sent:** Monday, June 10, 2024 11:41 AM
**To:** Breanna Delagarza <bdelagarza@blazierlaw.com>
**Cc:** Paul Browder <pbrowder@blazierlaw.com>
**Subject:** Re: Case No.: 4:23-cv-02524

Paul,

I apologize for the late request, but may we get an additional week to respond to discovery?

Reese


**J. Reese Campbell**

EaDo Law, PLLC

**Main:** 713-766-8998

**Direct:** 713-804-2996

**Fax:** 713-347-1880

**Email:** reese@EaDoLaw.com

**Office:** 3401 Harrisburg Blvd, Suite H2, Houston, Texas 77003-2438

**Web:** www.EaDoLaw.com

This message is intended only for the use of the individual to whom it is addressed and contains information that is privileged, confidential, and exempt from disclosure under applicable law. Suppose you are not the intended recipient, employee, or agent responsible for delivering this message to the intended recipient. In that

case, you are now noticed that any unauthorized disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by telephone and return the original message to me at the above address or email address. Thank you.

---

**From:** Breanna Delagarza <bdelagarza@blazierlaw.com>
**Sent:** Friday, May 10, 2024 3:27 PM
**To:** Reese Campbell <reese@eadolaw.com>
**Cc:** Paul Browder <pbrowder@blazierlaw.com>
**Subject:** Case No.: 4:23-cv-02524

You don't often get email from bdelagarza@blazierlaw.com. Learn why this is important

**CAUTION:** This email originated from outside of EaDo Law.

Good afternoon:
Please see a transmittal letter to Mr. Reese regarding Deposition in Aid of Judgment for the above referenced case.

Breanna De La Garza
*Paralegal*

**BLAZIER, CHRISTENSEN, BROWDER & VIRR, P.C.**
**Attorneys and Counselors at Law**
Barton Oaks Plaza
901 S. Mopac, Building V, Suite 200
Austin, Texas 78746
512-476-2622
bdelagarza@blazierlaw.com
www.blazierlaw.com [blazierlaw.com]