UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTOINE GROUP DBA ANTOINE DENTAL CENTER, LLC AND BEHZAD NAZARI, DDS | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-2524 |
| OPULENT DIGITAL SPECIALISTS LLC AND AMANN GIRRBACH NORTH AMERICA, LP | § § § § § | |
| *Defendants.* | § § | |

### UNOPPOSED AND CONSENSUAL
### JAMES REESE CAMPBELL'S MOTION TO WITHDRAW AS ATTORNEY

James Reese Campbell asks this Court to allow him to withdraw as attorney for Opulent Digital Specialists LLC without substitution of counsel for good cause as follows:

### BACKGROUND

1. Plaintiff is Antoine Group dba Antoine Dental Center, LLC and Behzad Nazari, DDS. Defendant is Opulent Digital Specialists LLC.

2. The plaintiff sued the defendant for breach of contract.

3. Final judgment was entered on April 30, 2024, awarding Antoine Group, LLC and Behzad Nazari, DDS judgment against Opulent Digital Specialists, LLC in the sum of $130,643.40

### CURRENT STATUS

4. Plaintiff is seeking to perfect the final judgment and has propounded post-judgment discovery on Defendant.

### GOOD CAUSE TO ALLOW WITHDRAW AS ATTORNEY

5. There is good cause for this Court to grant the motion to withdraw because James Reese Campbell is closing his practice and entering full-time employment with a federal government entity in December of 2024.

## CONSENT

6. Opulent Digital Specialists LLC approves the withdrawal and agrees to receive future notices at the address provided below.

## NO DELAY

7. Defendant will diligently seek new counsel; therefore, the withdrawal will not delay future proceedings.

## CONCLUSION

8. For these reasons, James Reese Campbell asks this Court to grant his motion to withdraw as attorney for Opulent Digital Specialists LLC.

    Respectfully submitted,

    EaDo Law, PLLC

By: /s/   J. Reese Campbell
    J. Reese Campbell
    Southern District Bar No. 2254986
    Texas Bar No. 24045020
    Email:  reese@eadolaw.com
    3401 Harrisburg Blvd, Suite H2
    Houston, TX 77003
    Tel. (713) 766-8998
    Fax. (713) 347-1880

AGREED:

Opulent Digital Specialists LLC

By: _____
Jesse Zamarripa
President of Opulent Digital Specialists
Current Mailing Address:  1024 Iron Point Rd Folsom CA 95630

**CERTIFICATE OF CONFERENCE**

      I certify to the court that I have conferred with opposing counsel in an effort to resolve the issues contained in this motion without the necessity of court intervention, and opposing counsel has indicated that there is NO opposition to the granting of this motion.

                                             /s/ J. Reese Campbell
                                             J. Reese Campbell