# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ANTOINE GROUP DBA ANTOINE DENTAL CENTER, LLC AND BEHZAD NAZARI, DDS | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-2524 |
| OPULENT DIGITAL SPECIALISTS LLC AND AMANN GIRRBACH NORTH AMERICA, LP | § § § § § | |
| *Defendants.* | § | |

## ORDER ON MOTION TO WITHDRAW

After considering James Reese Campbell's motion to withdraw as attorney in charge for Opulent Digital Specialists LLC, the Court **FINDS** good cause to allow James Reese Campbell to withdraw as attorney in charge for Opulent Digital Specialists LLC and **GRANTS** the motion to withdraw.

SIGNED on _____

_____
JUDGE PRESIDING