UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTOINE GROUP DBA ANTOINE DENTAL CENTER, LLC AND BEHZAD NAZARI, DDS <br><br> *Plaintiffs,* <br><br> v. <br><br> OPULENT DIGITAL SPECIALISTS LLC AND AMANN GIRRBACH NORTH AMERICA, LP <br><br> *Defendants.* | § § § § § § § § § § § § § § CIVIL ACTION NO. 4:23-cv-2524 |

## ORDER ON UNOPPOSED MOTION TO WITHDRAW

After considering James Reese Campbell's UNOPPOSED motion to withdraw as attorney in charge for Opulent Digital Specialists LLC, the Court **FINDS** good cause to allow James Reese Campbell to withdraw as attorney in charge for Opulent Digital Specialists LLC and **GRANTS** the motion to withdraw.

**IT IS THEREFORE ORDERED** that Movant is permitted to withdraw as counsel of record for Opulent Digital Specialists LLC, and **ORDERED** that all notices in this cause shall hereafter be served on Opulent Digital Specialists LLC, at the address listed in the motion as follows: Opulent Digital Specialists LLC, 1024 Iron Point Rd Folsom CA 95630.

SIGNED on _____

_____
JUDGE PRESIDING